UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCENT PUCCIARELLI, on behalf of himself
and all others similarly situated,

                      Plaintiff,

v.

IDEAVILLAGE PRODUCTS CORP., d/b/a
Copper Fit,

                      Defendant.
-----------------------------------------------------------------X

Civil Action No. 1:22-cv-02569

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, without costs to either party or against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

A fully executed copy of this Stipulation shall be deemed an original for all purposes.

Dated:  August 30, 2022
          White Plains, NY

DENLEA & CARTON LLP

By:  /s/ Jeffrey I. Carton
      Jeffrey I. Carton, Esq.
      2 Westchester Park Drive, Suite 410
      White Plains, New York 10604
      Tel: 914-331-0100
      Fax: 914-331-0105
      *Attorneys for Plaintiff*

GIBBONS P.C.

By:  /s/ Christine A. Amalfe
      Christine A. Amalfe, Esq.
      One Gateway Center
      1145 Raymond Plaza W.
      Newark, New Jersey 07102
      Tel: 973-596-4829
      Fax: 973-639-6230
      *Attorneys for Defendant*

Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: 8/31/2022

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*